IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BANK OF THE OZARKS,           )
                              )
        Plaintiff,            )
                              )
v.                            )        Civil Action File No.
                              )        4:14-cv-00180-BAE-GRS
TED A. FLAKE,                 )
                              )
        Defendant.            )

## ORDER

This case is before the Court on the parties' Joint Motion to Stay Proceedings Until December 31, 2014 [9];

The Court hereby **GRANTS** the parties' Joint Motion to Stay Proceedings Until December 31, 2014 and hereby **STAYS** this cause of action until December 31, 2014, including Defendant's deadline to file an Answer.

IT IS SO ORDERED this the ___27th___ day of ___Oct___, 2014.


_____
HONORABLE B. AVANT EDENFIELD
United States District Judge